UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL -6 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | |
| ) | **4:16CR00285 AGF/SPM** |
| TRAVIS D. JONES, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, June 15, 2016, in City of St. Louis, within the Eastern District of Missouri,

**TRAVIS D. JONES,**

the Defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, §922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney